# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.M., a minor, by his Mother T.M, and N.M. and T.M. individually<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>Saddleback Valley Unified School District<br><br>　　　　　Defendants. | Case No.: SA CV16-551 DMG (RAOx)<br><br>**ORDER RE DISMISSAL [50]** |

On December 2, 2016 this Court approved the settlement of the minor J.M.'s claim. The parties note in their stipulation that the Defendant's Board has also approved the settlement. Good cause appearing, this action is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

DATED: December 9, 2016　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE